**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                               **No. 4:08CR0256 JMM**

**JOHN KENNETH PORCHIA, JR.**

## ORDER

Pending is the motion of the government to dismiss the indictment.  (Docket #24).  For good cause shown, the motion is GRANTED.  The Indictment against this defendant is hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of January, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE